IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>                             )<br>vs. )<br>                             )<br>JOEY RONNELL LEWIS, )<br>                Defendant. )<br>                             ) | Case No. 11-40059-01-RDR |

## **O R D E R**

**NOW** on this 24th day of August, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused, Joey Ronnell Lewis, for an order granting thirty (30) days' additional time to file motions herein. The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

The Court finds that defense counsel and the parties have entered into negotiations, and they may be able to resolve this matter without the necessity of filing motions. The government has filed a superseding indictment, and the Rule 5 hearing is set on August 25, 2011.

The Court further finds that defense counsel is scheduled to be out of the country from September 3, 2011 through September 17, 2011, which also warrants a thirty (30) day extension.

The Court further finds that the government has no objection to the motion.

Failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

The Court finds that the period of delay resulting from the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7) in that the ends of justice served by the granting of such motion outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the accused, Joey Ronnell Lewis, have until September 23, 2011 to file motions herein, and the government shall have until October 3, 2011 to file responses. The hearing on said motions is hereby rescheduled to October 13, 2011 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                        s/Richard D. Rogers
                                        United States District Judge